## Commonwealth *v.* Sisco, Appellant.

Argued March 17, 1976.
*Richard J. Conn*, for appellant; *Stuart M. Niemtzow*, Assistant District Attorney, with him *Deborah E. Glass* and *Steven H. Goldblatt*, Assistant District Attorneys,

715

*Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.